# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. MCKENZIE, | ) 1:05-cv-01266-LJO-TAG HC |
| Petitioner, | ) ORDER ADOPTING REPORT AND<br>) RECOMMENDATION (Doc. 10) |
| v. | ) ORDER DISMISSING PETITION FOR WRIT<br>) OF HABEAS CORPUS (Doc. 1) |
| JAMES A. YATES, | ) ORDER DIRECTING CLERK OF COURT<br>) TO ENTER JUDGMENT |
| Respondent. | ) |

On October 5, 2005, Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in this Court. (Doc. 1).

On September 8, 2006, the Magistrate Judge assigned to the case filed a Report and Recommendation recommending the petition for writ of habeas corpus be dismissed because Petitioner's claim of being unconstitutionally denied credits at a prison disciplinary hearing was now moot since Petitioner had been released from prison. (Doc. 10). This Report and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty days from the date of service of that order. On September 18, 2006, Petitioner timely filed his objections to the Magistrate Judge's Report and Recommendation. (Doc. 11).

1  In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Report and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Report and Recommendation, filed September 8, 2006 (Doc. 10), is ADOPTED IN FULL;
2. This petition for writ of habeas corpus (Doc. 1), is DISMISSED; and
3. The Clerk of Court is DIRECTED to ENTER JUDGMENT and close the file.

This order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:   March 5, 2007**              /s/ Lawrence J. O'Neill
b9ed48                                   UNITED STATES DISTRICT JUDGE